

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Kelly Cross, Judge Presiding

## O R D E R

Appellant's brief was due July 20, 2015.  Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellant to file his appellant's brief in this court **on or before August 24, 2015**.  If appellant fails to file a brief by the date ordered, we will dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court